IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID I. NAMER,
REG. #15869-034                                                                                                    PLAINTIFF

VS.                            CASE NO.2:10CV00112JMM/JTK

UNITED STATES OF AMERICA, et al.                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants United States Department of Justice, United States Bureau of Prisons, FCI Forrest City, Arkansas, and Warden T.C. Outlaw, are hereby DISMISSED from Plaintiff's complaint.

IT IS SO ORDERED this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE