# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DAVID I. NAMER,                                                                                        PLAINTIFF
REG. #15869-034

v.                                         2:10-cv-00112-JTK

UNITED STATES OF AMERICA                                                        DEFENDANT

## ORDER

Plaintiff's Motion to Continue Discovery (Doc. No. 46) is GRANTED in part. The discovery deadline is hereby extended to December 1, 2011, and the motions deadline is extended to January 1, 2012.

IT IS SO ORDERED this 13th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE