# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAVID I. NAMER,                                              PLAINTIFF
REG. #15869-034

v.                           2:10-cv-00112-JTK

UNITED STATES OF AMERICA                                     DEFENDANT

## ORDER

Plaintiff's Motion to Withdraw (Doc. No. 50) his Motion to Compel (Doc. No. 49) is

GRANTED.

IT IS SO ORDERED this 9th day of November, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE